No. 05–7837.  CLINTON v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 05–7838.  SERRANO v. DEPARTMENT OF THE NAVY, NAVAL MEDICAL RESEARCH CENTER.  C. A. 4th Cir.  Certiorari denied.

No. 05–7839.  VISINAIZ v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 05–7840.  WRIGHT v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 05–7841.  VARGAS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 05–7843.  WHITE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 05–7846.  BROWN v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 05–7847.  BROWN v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 05–7848.  BROWN v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 05–7851.  BENNETT v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 05–7853.  BLY v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 05–7855.  BADEY v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 05–7857.  HANSOME v. VELTRI, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 05–7858.  HALL v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 05–7861.  HUTTO v. OZMINT, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 4th Cir.  Certiorari denied.